UNITED STATES v. McCONNAUGHEY et al.

(Circuit Court of Appeals, Sixth Circuit. March 8, 1905.)

No. 1,365.

RES JUDICATA—ACTION BY UNITED STATES.

A judgment against the United States in an action brought by the administrator of a deceased volunteer soldier, who died while an inmate of a national soldiers' home, to recover the amount of certain pension money which had been paid to the treasurer of the home on account of such soldier, which judgment was paid by the government, renders all questions as to its right to such pension money res judicata, and it cannot maintain a second action against the administrator to recover the money back.

In Error to the Circuit Court of the United States for the Southern District of Ohio.

Sherman T. McPherson, U. S. Atty., and Thomas H. Darby, Asst. U. S. Atty.

Gottschall & Limbert, for defendant William S. McConnaughey.
U. S. Martin and C. H. Kumler, for defendant State of Ohio.

Before LURTON and SEVERENS, Circuit Judges.

PER CURIAM. The plea of res adjudicata is good. The record of the former judgment shows that the same question was involved in the suit of McConnaughey, administrator of Hoffman, against the United States, which was attempted to be relitigated in this case. That judgment determined that the plaintiff in the former suit was, as the personal representative of Johann Hoffman, entitled to receive and hold the remainder of unexpended pension money paid to or on account of Hoffman. Having recovered the same from the United States, they are not now entitled to have same paid back again by reason of any new right or title asserted herein.

Judgment affirmed.